OPINION — AG — A MUNICIPALITY MAY ANNEX ONLY THOSE TERRITORIES WHICH ARE ADJACENT OR COUNTIGUOUS TO THE MUNICIPALITY'S CORPORATE LIMITS OR WHICH ARE CONSIDERED ADJACENT OR CONTIGUOUS TO THE MUNICIPALITY'S CORPORATE LIMITS BEING SEPARATED THEREFROM ONLY BY A RAILWAY RIGHT OF WAY OR AN INTERVENING STRIP LESS THAN FOUR (4) RODS WIDE. CITE: 11 O.S. 1977 Supp., 21-101 [11-21-101], 11 O.S. 1977 Supp., 21-102 [11-21-102] (MICHAEL JACKSON)